UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Amy Fine v. Bayer HealthCare*     No. 12-cv-10602-DRH
*Pharmaceuticals, Inc., et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on December 2, 2013, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                       **NANCY J. ROSENSTENGEL,**
                                       **CLERK OF COURT**

                                       **BY:** /s/*Sara Jennings*
                                              **Deputy Clerk**

Dated: December 4, 2013

David R. Herndon
2013.12.04
09:54:10 -06'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT